DATE: 7/9/26

UNITED STATES GOVERNMENT

# memorandum

REPLY TO
ATTN OF: Eric S./Clerk's Office

**FILED - KZ**
July 13, 2026 12:10 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES 7/13

SUBJECT: Possibly Related Case
Case No.: 1:26-pt-18
Case Title: USA v. Wandel

Berens TO: Magistrate Judge

The U.S. Probation Office indicates this case is related to the case(s) listed below:

Judge Robert J. Jonker          Docket number 1:26-pt-17

Docket number _____

Docket number _____

Pursuant to Local Criminal Rule 56.4(b)(iii)(A), Criminal Cases are Deemed Related When:

_____ (1) a superseding indictment or information has been filed

_____ (2) any other indictment or information is pending against the same defendant(s)

_____ (3) an indictment or information charges contempt of court or other crime arising from alleged violation of an order entered in a previous case

X (4) an indictment is returned against a defendant who is then on probation or supervised release to a judge, provided the new case involves only the same defendant

_____ (5) two or more cases are based upon a substantial common nucleus of facts, events, or transactions

X Case is related          ___ Case is not related

COMMENTS BY MAGISTRATE JUDGE:_____

_____

_____

Dated: July 13, 2026          _____
                                              Signature

10/03

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☑ Direct assignment performed
☐ Random assignment performed

_____          7/13/26
Initials                          Date